UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

IN RE:  Anthony J Bacchio

CASE NO.:

STATEMENT OF
NO PAYROLL
RECORDS

Debtor.

------------------------------------------------------------------ X

I, KEVIN B. ZAZZERA, an attorney admitted to practice in the United States District Court, Eastern District of New York sates the following:

1. I am the attorney for the above-captioned Debtor and am fully familiar with the facts herein.

2. My client Anthony J Bacchio, has informed me that he is not employed and he has not received any pay-stubs in the 60 days prior to filing Bankruptcy, therefore, the requirement for filing pay stubs is not applicable.

Dated:  Staten Island, New York
        Date: February 11, 2019

                                              _____
                                              KEVIN B. ZAZZERA ( KZ 3593)